# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| **HILDA L. SOLIS, Secretary of Labor,** )<br>**United States Department of Labor,** )<br> )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**CHICAGO, ILLINOIS LOCAL OF THE** )<br>**AMERICAN POSTAL WORKERS UNION,** )<br> )<br>**Defendant.** )<br> ) | **Civil Action No.:**<br>**1:06-cv-1640** |

## JOINT MOTION FOR
## ENTRY OF FINAL JUDGMENT

Plaintiff, **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, and

Defendant, **CHICAGO, ILLINOIS LOCAL OF THE AMERICAN POSTAL WORKERS**

**UNION,** by their attorneys, move this Court for entry of the Judgment submitted herewith

declaring the individuals certified by the Plaintiff on the attached Certification of Election as

having been duly elected officers of the Defendant labor organization to serve until the next

regularly scheduled election of officers.

In support of this motion, the parties rely on the attached certification executed by

Cynthia M. Downing, Chief, Division of Enforcement, Office of Labor-Management Standards,

Employment Standards Administration, United States Department of Labor.

Respectfully submitted,

**CHICAGO, ILLINOIS, LOCAL OF THE AMERICAN POSTAL WORKERS UNION,** Defendant

**PATRICK FITZGERALD**
United States Attorney

s/ Craig A. Oswald
**CRAIG A. OSWALD**
Assistant United States Attorney

s/ Stanley Eisenstein
**STANLEY EISENSTEIN**
Attorney for Defendant

**CAROL A. DeDEO**
Deputy Solicitor of Labor
for National Operations

Katz, Friedman, Eagle, Eisenstein
Johnson & Bareck, PC
77 W. Washington Street, 20th Floor
Chicago, IL 60602
(312) 263-6330

**JOAN E. GESTRIN**
Regional Solicitor

**LEONARD A. GROSSMAN**,
Trial Attorney
Attorneys for **HILDA L. SOLIS**
Secretary of Labor,
United States Department of Labor,
Plaintiff
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn St., Rm. 844
Chicago, IL  60604
Telephone:  (312) 353-5709

2