KJO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| | ) | **Civil Action No.:** |
| | ) | **1:06-cv-1640** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| CHICAGO, ILLINOIS LOCAL OF THE | ) | |
| AMERICAN POSTAL WORKERS UNION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

It appearing to the Court, that pursuant to an Order entered by this court on February 15, 2008, the Defendant, **CHICAGO, ILLINOIS LOCAL OF THE AMERICAN POSTAL WORKERS UNION**, conducted an election of officers under the supervision of the Plaintiff; and that the Plaintiff has filed a Certification of Election, certifying the names of the persons who were elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.), and in conformity with the Constitution and bylaws of the defendant labor organization, insofar as lawful and practicable; and the Court having considered said Certification and being fully advised, it is, upon the joint motion of the parties, hereby

**ADJUDGED, ORDERED and DECREED** that the persons named in the Certification of Election which was filed as aforesaid by the Plaintiff, are the duly elected officers of Defendant **CHICAGO, ILLINOIS LOCAL OF THE AMERICAN POSTAL WORKERS**

**UNION,** and shall serve until the next regularly scheduled election in accordance with the Constitution and bylaws of the defendant labor organization.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated 30 June 2009

UNITED STATES DISTRICT JUDGE

2